UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDREW LEE TUCKER | ) | CASE NO: 19-40753 |
| JESSICA NICOLE TUCKER | ) | CHAPTER 13 |
| | ) | |
| DEBTORS | ) | |

**ORDER AMENDING ORDER OF CONFIRMATION**

The Debtors having moved to amend their Order of Confirmation to extend their plan from 60 months to 75 months and to temporarily decrease their plan payment from $238.00 semi-monthly to $75.00 semi-monthly for payments due for July 2020 through December 2020; and the Court being otherwise duly and sufficiently advised:

IT IS HEREBY ORDERED the Debtors' Motion to Amend their Order of Confirmation is SUSTAINED. The Order of Confirmation is amended to extend the Debtors' plan from 60 months to 75 months and to temporarily decrease their plan payment from $238.00 semi-monthly to $75.00 semi-monthly for payments due for July 2020 through December 2020. The Debtor's plan percentage shall remain at 29%.

Prepared By:
Mark Little
Counsel for Debtors
44 Union Street
Madisonville, KY 42431
(270) 821-0110

Thomas H. Fulton
United States Bankruptcy Judge

Dated: July 31, 2020