UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                                  )
                                                        )
ANDREW LEE TUCKER                                       )    CASE NO: 19-40753
JESSICA NICOLE TUCKER                                   )    CHAPTER 13
                                                        )
DEBTOR(S)                                               )

## ORDER

The Debtors having objected to the Post-Petition Mortgage Fees, Expenses, and Charges for the preparation and filing a proof of claim and the plan review in the aggregate amount of six hundred fifty ($650.00) dollars filed by The Money Source Inc. (claim number 25); and the Court having heard argument of Counsel and the Court being otherwise duly and sufficiently advised:

IT IS HEREBY ORDERED the Debtors' objection is sustained. The Creditor, The Money Source Inc., may charge a total of $300.00 for the preparation and filing of the proof of claim and the plan review.

Prepared By:

Mark Little
Attorney for the Debtors
44 Union Street
Madisonville, KY 42431
(270) 821-0110

Thomas H. Fulton
United States Bankruptcy Judge

Dated: August 28, 2020