**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Andrew Lee Tucker |
| Debtor 2 (Spouse, if filing) | Jessica Nicole Tucker |
| | fka Jessica Nicole Denny |
| United States Bankruptcy Court for the: | Western District of Kentucky (State) |
| Case number | 19-40753-THF |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | The Money Source Inc. | **Court claim no.** (if known): | 25-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 5397 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____ .

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim    10/30/2019 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee    09/04/2019 | (11) | $300.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Andrew Lee Tucker | Case Number (if known) | 19-40753-THF |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Mukta Suri**
Signature

Date    12/17/2019

Print    **Mukta Suri**
         First Name   Middle Name   Last Name

Title   Authorized Agent for The Money Source Inc.

Company   Bonial & Associates, P.C.

Address   14841 Dallas Parkway, Suite 425
          Number        Street

          Dallas, Texas  75254
          City      State      ZIP Code

Contact phone   (972) 643-6600      Email   POCInquiries@BonialPC.com

CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 17, 2019 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Andrew Lee Tucker
1147 Pepper Drive
Madisonville, KY 42431

**Debtor**          *Via U.S. Mail*
Jessica Nicole Tucker
1147 Pepper Drive
Madisonville, KY 42431

**Debtors' Attorney**
Mark R. Little
44 Union Street
Madisonville, KY  42431

**Chapter 13 Trustee**
William W. Lawrence
310 Republic Plaza, 200 S. Seventh Street
Louisville, KY 40202

Respectfully Submitted,

/s/ Mukta Suri